Paul Kampmeier, WSBA No. 31560
Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
Telephone: (206) 858-6983
Email: paul@kampmeierknutsen.com

Emma A. O. Bruden, WSBA No. 56280
Kampmeier & Knutsen, PLLC
1300 SE Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 719-5641
Email: emma@kampmeierknutsen.com

George Kimbrell, WSBA No. 36050
Center for Food Safety
2009 NE Alberta Street, Suite 207
Portland, Oregon 97211
Telephone: (971) 271-7372
Email: gkimbrell@centerforfoodsafety.org

*Attorneys for Plaintiff Center for Food Safety*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, a non-profit corporation, | Case No. 3:26-cv-5877 |
| Plaintiff, | |
| v. | COMPLAINT |
| DULCICH, INCORPORATED, a foreign corporation; and PACIFIC SHELLFISH – QUILCENE, LLC, a foreign limited liability company, | |
| Defendants. | |

COMPLAINT - 1
W.D. Washington Case No. 3:26-cv-5877

## I.　　INTRODUCTION.

1.　　Plaintiff Center for Food Safety ("CFS" or "Plaintiff") brings this citizen lawsuit under Section 505 of the Clean Water Act, 33 U.S.C. § 1365, against Defendants Dulcich, Incorporated ("Dulcich") and Pacific Shellfish – Quilcene, LLC ("Pacific Shellfish") (collectively "Defendants") for their repeated and ongoing violations of the Clean Water Act, 33 U.S.C. § 1251 *et seq.* (the "CWA" or "Act"), and the terms and conditions of a National Pollutant Discharge Elimination System ("NPDES") permit that authorizes discharges of pollutants from Defendants' facility to Quilcene Bay on Hood Canal (the "Permit"). As authorized by the Act, CFS seeks declaratory and injunctive relief, the imposition of civil penalties of up to $68,445 per violation per day, and an award of costs, including attorney and expert witness fees, for Defendants' ongoing violations of the Permit and the CWA. *See* 33 U.S.C. §§ 1319(d), 1365(a), (d); 40 C.F.R. § 19.4.

2.　　Defendants operate a commercial shellfish hatchery at or near 1601 Linger Longer Road, Quilcene, Washington 98376 (the "Facility"). The Facility has been in near continuous violation of the Clean Water Act for a *very* long time. Defendants' Facility draws in water from Quilcene Bay; heats that water before adding it to several dozen large vats—each of which holds thousands of gallons of water—to grow shellfish larvae and algae to feed those larvae; and then regularly empties those vats of polluted water back into Quilcene Bay. Local citizens working with the Olympic Forest Coalition spent years documenting pollution from the Facility and pressing the Washington State Department of Ecology ("Ecology") to issue an NPDES permit to limit pollution from the site and impacts to an adjacent marina and nearby beaches favored by locals. But Ecology refused to issue a permit. So in 2016, Olympic Forest Coalition filed a CWA suit in this Court alleging the Facility had been in continuous violation of the Act since 2010 because it was discharging pollutants to Quilcene Bay every day without an

COMPLAINT - 2
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

NPDES permit. Ecology weighed in and claimed no permit was required. But both this Court and the Court of Appeals disagreed—*see Olympic Forest Coal. v. Coast Seafoods Co.*, 884 F.3d 901, 903–04 (9th Cir. 2018)—and the parties ultimately resolved that lawsuit in 2023 with the expectation that the Facility would obtain a permit. Ecology *finally* issued the Permit in 2024, about eight years after this Court ruled that a permit was required and six years after the Court of Appeals affirmed that ruling.

3. This lawsuit now alleges Defendants have been in near-continuous violation of the Permit since it became effective in September 2024. Specifically, as described in more detail below, CFS alleges Defendants are regularly violating an express pollutant limit in the Permit by discharging hot water to Quilcene Bay, which limit was imposed to protect water quality and aquatic species; that Defendants are regularly failing to monitor pollutant discharges as required by the Permit; that Defendants are failing to properly operate and maintain all systems of treatment and control; and that Defendants are violating numerous other provisions in the Permit that require Defendants to mitigate and promptly remedy Permit violations.

4. There is little doubt Defendants are regularly violating the Permit. Indeed, in July 2026—just days before the sixty-day notice period for this lawsuit ended—Ecology entered into an "Agreed Order" with Defendants that purports to redress Defendants' extensive Permit violations. That Agreed Order states: "As of May 31, 2026, Pacific Seafood Group/Pacific Shellfish-Quilcene LLC violated the daily maximum temperature limit at outfall 001 (North) 236 times and outfall 002 (South) 177 times (413 total violations)." In addition, that Agreed Order states: "Based on current data, the hatchery is adding heat to meet production needs without adequate controls or treatment to meet its temperature effluent limit."

5. The Agreed Order between Ecology and Defendants is insufficient relief for the Permit violations, however, because it does not impose civil penalties for the over 400 Permit

COMPLAINT - 3
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

violations that Ecology and Defendants all acknowledged; it does not acknowledge or redress hundreds of other alleged Permit violations by Defendants since September 2024; the "Corrective Actions" in the Agreed Order are vague, incomplete, and not certain to achieve Permit compliance as soon as practicable, if ever; Ecology appears to have given Defendants two years to come into compliance with pollutant limits for heat that Ecology just imposed in September 2024; and Ecology can ignore or defer the deadlines and Corrective Actions in the Agreed Order indefinitely, and with impunity, which threat is real given Ecology's longstanding opposition to regulating Defendants' facility with an NPDES permit.

6.      Following through on the notice letter it sent to Defendants more than two months before learning of the Agreed Order, CFS is filing this lawsuit to obtain meaningful relief for itself and its members for Defendants' extensive and ongoing violations of the Clean Water Act.

## II.      JURISDICTION AND VENUE.

7.      This Court has jurisdiction pursuant to Section 505(a) of the CWA, 33 U.S.C. § 1365(a) (CWA citizen suit provision), and 28 U.S.C. § 1331 (federal question). Dulcich and Pacific Shellfish are in violation of an "effluent standard or limitation" as that term is defined in the CWA, 33 U.S.C. § 1365(f). The relief requested herein is authorized by Sections 309(d) and 505 of the CWA, 33 U.S.C. §§ 1319(d) and 1365, and 28 U.S.C. §§ 2201 and 2202.

8.      CFS satisfied the pre-suit requirements for bringing this lawsuit. Pursuant to Section 505(b)(1)(A) of the CWA, 33 U.S.C. § 1365(b)(1)(A), by letter sent via certified mail and dated and postmarked May 15, 2026, CFS notified Defendants of the violations alleged herein and of CFS's intent to sue Defendants for violating the CWA ("Notice Letter"). CFS also notified the Administrator of the U.S Environmental Protection Agency ("EPA"), the Administrator of EPA Region 10, and the Director of the Washington State Department of Ecology ("Ecology") of CFS's intent to sue Defendants by mailing a copy of the Notice Letter to

COMPLAINT - 4
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

those officials on May 15, 2026. A copy of the Notice Letter is attached to this Complaint as Exhibit 1, and the allegations therein are hereby incorporated by reference.

9.    More than sixty days have passed since CFS mailed the Notice Letter in the manner described in the preceding paragraph.

10.    The violations complained of herein and in the Notice Letter are continuing or reasonably likely to recur. Defendants are in ongoing violation of the Permit and the CWA.

11.    Neither EPA nor Ecology has commenced any action constituting diligent prosecution to redress the violations alleged herein and in the Notice Letter. Defendants and Ecology entered into the Agreed Order on July 17, 2026, just days before the sixty-day notice period ended and Plaintiff could file this lawsuit. Ecology's July 2026 Agreed Order is not the result of an enforcement action that Ecology filed in a court. Ecology's July 2026 Agreed Order with Defendants does not preclude this lawsuit. Ecology's July 2026 Agreed Order does not preclude any aspect of Plaintiff's claims for relief.

12.    Venue is proper in this District under Section 505(c)(1) of the CWA, 33 U.S.C. § 1365(c)(1), because the source of the unlawful discharges is located in this District, in Jefferson County, Washington.

13.    After filing, CFS will serve a copy of this Complaint on the Attorney General of the United States, the Administrator of EPA, and the Administrator of EPA Region 10, as required by Section 505(c)(3) of the CWA, 33 U.S.C. § 1365(c)(3), and 40 C.F.R. § 135.4.

### III.    PARTIES.

14.    Plaintiff Center for Food Safety is a nonprofit corporation organized under Section 501(c)(3) of the Internal Revenue Code with its headquarters in California. CFS is a "citizen" and a "person" as those terms are defined in the Act. 33 U.S.C. §§ 1365(a), (g), 1362(5). CFS has offices in Portland, Oregon; San Francisco, California; and Washington, D.C.;

COMPLAINT - 5
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

and it has fully remote staff based in other U.S. locations, including in Washington State. CFS is a membership organization with over a million members and with members hailing from every state in the country, including tens of thousands of members who live in Washington State.

15. Since its inception in 1997, CFS's mission has been to empower people, support farmers, and protect the environment by addressing the harmful impacts of industrial agriculture by focusing its efforts on the environmental, human health, and economic impacts of the development and commercialization of agriculture and food processing technologies. CFS seeks to protect the natural habitats and wildlife that its staff and members enjoy from industrial animal agriculture, including industrial aquaculture. Since its inception over 25 years ago, CFS has had a flagship program on industrial aquaculture that includes science, legal, and policy staff. CFS combines multiple tools and strategies in pursuing its mission, including public and policymaker education, outreach, and campaigning. Additionally, and when necessary, CFS leads public interest litigation to address the impacts of industrial food production on its members, the environment, and the public interest, and to ensure that agencies and corporations follow the law.

16. Principal among its activities are analyses and actions that CFS undertakes to mitigate the impacts of industrial aquaculture, including industrial shellfish aquaculture, on public health and the environment. Industrial shellfish aquaculture poses significant environmental and ecological risks because it contributes to increased plastic pollution, reduced eelgrass habitat and biodiversity, altered and endangered ecosystems, the introduction of non-native species and diseases, and biological and chemical pollution. For these reasons, and for several years now, CFS has been advocating for proper environmental review and regulation of shellfish aquaculture projects nationwide and in Washington State, including by challenging inadequate regulation of industrial shellfish aquaculture in two lawsuits filed against the U.S. Army Corps of Engineers.

COMPLAINT - 6
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

17.     The Facility contributes to the growth of industrial shellfish aquaculture in Washington by growing shellfish larvae that it then sells or transfers to shellfish aquaculture operations. The Facility also contributes to the ecological risks of industrial shellfish aquaculture by providing large-scale support for those activities in the form of shellfish larvae that growers use in their aquaculture projects. And the Facility poses its own significant environmental risks because it contributes significant amounts of polluted water to Quilcene Bay, which is a sensitive waterbody that supports protected aquatic species and important aquatic ecosystems.

18.     CFS has representational standing to bring this action. CFS is a membership organization with members who are injured by the violations alleged herein. Some of CFS's members use and enjoy the waters and the surrounding areas that are adversely affected by Defendants' discharges of pollutants and Permit violations. Those members use those areas for, *inter alia*, swimming, hiking, walking, photography, kayaking, boating, observing wildlife, and other recreational and spiritual activities. Those members derive scientific, educational, recreational, health, conservation, spiritual, and aesthetic benefits from the parts of Quilcene Bay and Hood Canal that are impacted by Defendants' pollution discharges and Permit violations; the surrounding areas; wild native fish species in those and nearby waters; and from natural, wild, and healthy ecosystems. Those members intend to continue to visit these areas on a regular basis, including in the coming months and beyond.

19.     The environmental, health, aesthetic, scientific, cultural, spiritual, health, and/or recreational interests of some of CFS's members have been, are being, and will be adversely affected by the violations of the Permit and the CWA alleged herein, and by those members' reasonable concerns related to the effects of the alleged violations and pollutant discharges. Defendants have repeatedly violated the conditions of the Permit by, *inter alia*, exceeding the Permits'

COMPLAINT - 7
W.D. Washington Case No. 3:26-cv-5877

numeric effluent limits, failing to monitor and report discharges in the manner required, and failing to develop and implement plans for best management practices to reduce pollution in the manner required. The members referenced herein and CFS, through those members, have serious concerns about the impacts of Defendants' operations, Permit violations, and effluent discharges on the affected waterbodies and ecosystems. Those members' uses of the impacted watersheds are thereby diminished, adversely affected, and suppressed. These injuries include reduced enjoyment of time spent in and around the parts of Quilcene Bay and Hood Canal that are impacted by Defendants' operations, and refraining from engaging in certain activities while visiting these areas because of Defendants' operations. These injuries are fairly traceable to Defendants and Defendants' activities and the violations alleged herein. And the relief sought in this lawsuit can redress the injuries to CFS and to its members' interests.

20.     For example, one CFS member lives in Jefferson County, just two miles from the beach that is near the facility at issue in this lawsuit. This member has lived near Quilcene Bay and enjoyed recreational activities, including visiting the beach and watching and photographing wildlife at the marina near the facility, since the 1980s. She cares deeply about the environment and wildlife in Quilcene Bay, the waterbody directly affected by Defendants' operations and the violations alleged herein. In 2012, she started monitoring the wildlife populations and water conditions of Quilcene Bay and Dabob Bay as a concerned citizen scientist, and she has long believed the Facility is depleting the local waters of oxygen that is essential to sustaining the ecosystem. She enjoys watching local wildlife in their natural habitats and has volunteered to protect local seal populations in Quilcene Bay. She regularly visits the beach near Defendants' facility in Quilcene Bay and has plans to visit the area again in the future. Additionally, this member understands the impacts from Defendants' operations and violations described herein, and she has concerns about those impacts on her interests and the environment in and around Quilcene Bay and

COMPLAINT - 8
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

Hood Canal. Defendants' conduct and this member's knowledge of the violations at issue, and reasonable concerns about the resulting impact on threatened or endangered species, as well as the environment generally, throughout Quilcene and Dabob Bay, adversely impact the member's use and enjoyment of these waterbodies. For example, this member used to have a boat in the marina on Quilcene Bay near Defendants' facility and would regularly sit on the boat and photograph local wildlife, including birds, otters, and seals. She enjoyed watching different species of birds as they dove and caught fish. She has noticed a precipitous decline in local wildlife over the years and considers herself lucky if she sees a single seagull in the marina. Her concerns over declining wildlife populations, and Defendants' pollution into the waterbodies that those declining wildlife populations use, decreases her enjoyment of wildlife viewing.

21.     Another CFS member has lived in Jefferson County, on Hood Canal, for more than a decade. This member is personally and professionally interested in fisheries, hydrology, and forestry issues, and began working in aquatic entomology when she was 17 years old, conducting stream sampling, which kicked off a long career of studying aquatic species and habitat conditions. She enjoys observing local wildlife, particularly birds and salmonoids, in Hood Canal, one of the waterbodies affected by Defendants' unlawful conduct. She is an avid bird watcher and uses local parks regularly. This member has reasonable concerns that Defendants' unlawful conduct impairs their ability to observe wildlife, recreate, and enjoy spending time in this area because of concerns that Defendants' operations and the Permit violations alleged herein degrade water quality, destroy aquatic habitats, and threaten local fish and wildlife populations in Quilcene Bay and Hood Canal more generally.

22.     Defendant Dulcich, Incorporated is a corporation incorporated in the State of Oregon and authorized to do business in the State of Washington. Dulcich does business as Pacific Seafood Group. Dulcich, doing business as Pacific Seafood Group, is a permittee under

COMPLAINT - 9
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

the Permit. The Fact Sheet for the Permit lists Dulcich, doing business as Pacific Seafood Group, as the Applicant, Owner, and Permittee for the Facility.

23.     Defendant Pacific Shellfish – Quilcene, LLC is a limited liability company incorporated in the State of Oregon and authorized to conduct business in the State of Washington. Pacific Shellfish is a wholly owned subsidiary of Pacific Seafood Aquaculture, LLC. Pacific Seafood Aquaculture, LLC is a wholly owned subsidiary of Dulcich, Incorporated. Pacific Shellfish is a permittee under the Permit.

24.     Dulcich owns the Facility. Dulcich operates the Facility. Pacific Shellfish owns the Facility. Pacific Shellfish operates the Facility. Dulcich is legally responsible for violations of the Permit. Pacific Shellfish is legally responsible for violations of the Permit.

## IV.     STATUTORY BACKGROUND.

25.     Congress enacted the Clean Water Act to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. § 1251(a).

26.     As relevant here, Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits "the discharge of any pollutant by any person" unless the discharge is authorized by an NPDES permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

27.     The CWA defines the phrase "discharge of a pollutant" to mean in part "any addition of any pollutant to navigable waters from any point source[.]" *Id.* § 1362(12). The CWA defines the term "navigable waters" to mean "the waters of the United States, including the territorial seas." *Id.* § 1362(7). The CWA defines the term "point source" to mean in part "any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, [or] channel … from which pollutants are or may be discharged." *Id.* § 1362(14). And the CWA defines the term "pollutant" to include solid waste, chemical wastes, biological materials, heat, and industrial waste. *Id.* § 1362(6).

COMPLAINT - 10
W.D. Washington Case No. 3:26-cv-5877

28.    The State of Washington has an NPDES permit program administered by Ecology. Wash. Rev. Code § 90.48.260; Wash. Admin. Code ch. 173–220. EPA approved Ecology's NPDES permit program pursuant to Section 402(b) of the CWA, 33 U.S.C. § 1342(b). Compliance with the terms and conditions of an NPDES permit is deemed compliance with the general discharge prohibition in CWA Section 301(a). 33 U.S.C. § 1342(k).

29.    Discharging pollutants in violation of an NPDES permit is grounds for a citizen enforcement action. *Id.* § 1365(a)(1), (f). The CWA authorizes any citizen to commence a civil action against any person—including any company—that is alleged to be in violation of an "effluent standard or limitation" under the CWA. *Id.* §§ 1362(5), 1365(a). The CWA then defines the term "effluent standard or limitation" to include an NPDES permit or condition of an NPDES permit issued under Section 402 of the CWA, 33 U.S.C. § 1342. *Id.* § 1365(f).

30.    The Act authorizes U.S. District Courts to enforce the "effluent standard or limitation" at issue and to impose civil penalties of up to $68,445 per violation per day. 33 U.S.C. § 1319(d); *Id.* § 1365(a); 40 C.F.R. § 19.4. Civil penalties are mandatory if the Court finds violations of the Act. 33 U.S.C. §§ 1319(d) ("Any person who violates… shall be subject to a civil penalty…."). And the Act authorizes U.S. District Courts to award "costs of litigation (including reasonable attorney and expert witness fees) to any prevailing or substantially prevailing party, whenever the court determines such award is appropriate." 33 U.S.C. § 1365(d).

### V.    FACTUAL ALLEGATIONS.

A.    <u>Defendants Are Violating the NPDES Permit for the Facility and Polluting Quilcene Bay, and Likely Hood Canal, which are Important Waters for Aquatic Species and Recreation.</u>

31.    The Facility is an industrial shellfish larvae hatchery. The Facility is located along the shore of Quilcene Bay. The Facility draws water from Quilcene Bay to use for a variety of industrial purposes in its algae, larvae, and setting departments before discharging it back to

COMPLAINT - 11
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

Quilcene Bay. The Facility discharges pollutants to Quilcene Bay via two outfalls: Outfall 001 (Quilcene Bay North) and Outfall 002 (Quilcene Bay South).

32.    Quilcene Bay is a marine water that is part of Hood Canal. Quilcene Bay is a popular area for recreation and an important ecosystem for aquatic life in Puget Sound. Indeed, Ecology has classified the aquatic life uses in Quilcene Bay and Hood Canal as "extraordinary," which requires Ecology to apply the most stringent water quality standards for marine waters. *See* WAC 173-201A-612 (designation); WAC 173-201A-210 (designated uses and criteria). The National Marine Fisheries Service has designated portions of Quilcene Bay as critical habitat for several aquatic species listed under the Endangered Species Act, including Puget Sound Chinook, Hood Canal summer-run chum, yelloweye rockfish (*Sebastes ruberrimus*), and bocaccio (*S. paucispinis*). And the U.S. Fish & Wildlife Service has designated Quilcene Bay as critical habitat for threatened bull trout.

33.    On June 24, 2024, Ecology issued Defendants the Permit under NPDES permit number WA004114. The Permit became effective on September 1, 2024. The Permit remains in effect. Dulcich is obligated to comply with the Permit. Pacific Shellfish is obligated to comply with the Permit. The Permit imposes conditions to limit water pollution from the Facility. The Permit imposes conditions to protect water quality. The Permit authorizes Defendants to discharge pollutants to Quilcene Bay only so long as Defendants comply with the Permit.

34.    Defendants have violated the conditions of the Permit. Defendants' violations of the Permit are set forth in Section II of the Notice Letter that is attached hereto as Exhibit 1.

35.    Condition S1.A. of the Permit establishes a maximum daily effluent limit for temperature of 23° Centigrade for both outfalls at the Facility. Defendants have repeatedly violated the numeric effluent limit for temperature in Condition S1.A. of the Permit. Defendants' violations of the numeric effluent limit for temperature in Condition S1.A. of the Permit are

COMPLAINT - 12
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

described in Section II.A. and Appendix A of the Notice Letter that is attached hereto as Exhibit 1, and in a table that identifies additional days of violation since CFS sent the notice letter, which table is attached hereto as Exhibit 2. Appendix A to the Notice Letter and Exhibit 2 to this Complaint accurately identify the monitoring data that Defendants reported to Ecology under the Permit.

36.　　Condition S2.A. of the Permit requires Defendants to monitor process water discharges to Quilcene Bay from Outfalls 001 and 002 in accordance with the following schedules:

| Parameter | Units | Minimum Sampling Frequency | Sample Type | Data Reporting [a] |
|---|---|---|---|---|
| Flow | gpd | Continuous [b] | Metered / Recorded | Daily average, monthly average, minimum, & maximum |
| Temperature [c] | °C | Continuous | Metered / Recorded | Daily maximum, monthly average, minimum, & maximum |
| pH [d] | standard units | Continuous | Metered / Recorded | Daily minimum & daily maximum |
| Turbidity | NTU | Monthly | Grab [e] | Measurement Result |
| Salinity | ‰ (per mille) | Monthly | Grab | Measurement Result |

| Parameter | Units | Minimum Sampling Frequency | Sample Type | Data Reporting [a] |
|---|---|---|---|---|
| Total Residual Chlorine [f] | µg/L | Monthly: Compliance monitoring commences December 1, 2024, in accordance with compliance schedule. | Grab | Measurement Results |
| Ammonia, Total (as N) | µg/L | Quarterly [g] | 8hr composite [h] | Measurement Result |
| Biochemical Oxygen Demand (BOD$_5$) | mg/L | Quarterly | 8hr composite | Measurement Result |
| Total Suspended Solids (TSS) | mg/L | Quarterly | 8hr composite | Measurement Result |
| Total Organic Carbon (TOC) | mg/L | Quarterly | 8hr composite | Measurement Result |

COMPLAINT - 13
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

| Monitoring Schedule Footnotes/Definitions | |
|---|---|
| a | Submittals of the DMRs containing the permit required monitoring data are to be done quarterly (i.e., quarterly reporting) within 30 days of the end of the monitoring period (Submittal due dates are April 30, July 30, October 30, and January 30). See S3 for details. |
| b | Continuous means uninterrupted except for brief lengths of time for calibration, power failure, or unanticipated equipment repair or maintenance. The time interval to record data for the associated data logger must be no greater than 30 minutes. |
| c | When measuring temperature continuously, report a daily maximum from half-hour measurements over a 24-hour period. Continuous monitoring instruments must achieve an accuracy of 0.2 degrees C and the Permittee must verify accuracy annually. If using grab sampling, conduct temperature monitoring when the effluent is at or near its daily maximum temperature, which usually occurs in the late afternoon. |
| d | The Permittee must report the instantaneous maximum and minimum pH monthly. Do not average pH values. |
| e | Grab means an individual sample collected over 15 minutes or less; represents instantaneous conditions. |

| Monitoring Schedule Footnotes/Definitions | |
|---|---|
| f | The quantitation limit for total residual chlorine (TRC) is not low enough to show compliance with the discharge limit when using the most sensitive 40 CFR Part 136 required method due to seawater matrix interference. EPA recommends a compliance level or quantification limit of 50 µg/L. Due to this interference, as described in Appendix B, the Permittee is recommended to use a specific test kit, that includes instrumentation and a procedure for the parameter "total chlorine" that avoids the interference while still following the 40 CFR Part 136 required method. If using this test kit, the Permittee is likely to achieve detection limits lower than EPA's compliance level of 50 µg/L. The Permittee must report all values including those that are non-detectable as required and described in section S3.A, Discharge Monitoring Reports. The Permittee must submit a matrix-specific detection limit (MDL) and a quantitation limit (QL) to Ecology with appropriate laboratory documentation. |
| g | Quarterly monitoring periods are January through March, April through June, July through September, and October through December. **Starting with the 4th quarter of 2024, Quarterly DMRs are due January 30, 2025.** |
| h | Eight-hour composite means a series of individual samples collected over an 8-hour period into a single container and analyzed as one sample. Permittee shall sample at least four times, each time no less than one hour apart in an eight-hour span of time. |

37. Defendants have repeatedly violated the monitoring requirements in the Permit by failing to monitor Facility discharges in accordance with the schedules set forth in Condition S2.A. of the Permit. Defendants' violations of Condition S2.A. of the Permit are described in Section II.B. and Appendix B of the Notice Letter that is attached hereto as Exhibit 1, and in a table that identifies additional days of violation since CFS sent the notice letter, which table is attached hereto as Exhibit 3.

38. Condition S4. of the Permit requires Defendants to at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) that are installed to achieve compliance with the terms and conditions of the Permit. Proper operation

COMPLAINT - 14
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

and maintenance includes maintaining a daily operation logbook (paper or electronic), adequate laboratory controls, and appropriate quality assurance procedures. In addition, Condition S4. of the Permit requires Defendants to operate backup or auxiliary facilities or similar systems if necessary to achieve compliance with the Permit.

39.    Defendants have violated Condition S4. of the Permit each and every day since September 1, 2024. Defendants' violations of Condition S4. of the Permit are described in Section II.C. of the Notice Letter that is attached hereto as Exhibit 1.

40.    Condition G11. of the Permit incorporates into the Permit the requirements set forth in 40 C.F.R. Part 122.41 and 40 C.F.R. Part 122.42, which includes a duty to mitigate. Specifically, Condition G11. of the Permit requires Defendants to take all reasonable steps to minimize or prevent any discharge or sludge use or disposal in violation of the Permit that has a reasonable likelihood of adversely affecting human health or the environment.

41.    Defendants have violated Condition G11. of the Permit and the duty to mitigate each and every day since September 1, 2024, by failing to take all reasonable steps to minimize or prevent discharges of heat in violation of Condition S1.A. of the Permit. Discharges of heat in excess of the numeric effluent limit for temperature in Condition S1.A. of the Permit have a reasonable likelihood of adversely affecting the environment. Defendants' violations of Condition G11. of the Permit and the duty to mitigate are described in Section II.D. of the Notice Letter that is attached hereto as Exhibit 1.

42.    Condition S5.A.1. of the Permit requires Defendants to submit to Ecology a Best Management Practices Plan ("BMP Plan") for source pollution control and practices that may produce an unauthorized discharge. Condition S5.B. of the Permit requires Defendants' BMP Plan to include operating procedures and practices, schedules of activities, prohibitions of practices to control plant site runoff, spillage or leaks, sludge or waste disposal, drainage from

COMPLAINT - 15
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

raw material storage, maintenance procedures, and other physical, structural and/or managerial practices to prevent or reduce the pollution of waters of the state.

43.    Defendants violated Condition S5.A.1. and Condition S5.B. of the Permit on March 1, 2025, and on each and every day since then, by failing to include in the BMP Plan it submitted to Ecology the required BMP Plan components to prevent all the Permit violations alleged herein and in the Notice Letter. Defendants' violations of Condition S5.A.1. and Condition S5.B. of the Permit are described in Section II.E. of the Notice Letter that is attached hereto as Exhibit 1.

44.    Condition S8. of the Permit imposes compliance schedules on Defendants. Condition G21. of the Permit then requires Defendants to submit to Ecology, no later than fourteen (14) days following each compliance schedule due date, reports that document Defendants' compliance with, noncompliance with, or progress toward meeting the interim and final deadlines and requirements in the compliance schedules.

45.    Defendants violated Condition G21. of the Permit on November 15, 2024, and on each and every day since then, by failing to submit the required reports to Ecology by the deadlines set forth Conditions S8. and G21. of the Permit. Defendants' violations of Condition G21. of the Permit are described in Section II.F. of the Notice Letter that is attached hereto as Exhibit 1.

46.    Condition S11. of the Permit requires Defendants to inspect all bay water intake structures; determine the presence of and report screen size on those structures; install screens if they are not present; submit to Ecology engineering drawings (as-built drawings) for all intakes with their respective screens; and submit to Ecology by September 1, 2025, a report that follows the "cooling water intake structure data" reporting requirements in 40 C.F.R. § 122.21(r)(3).

47.    Defendants violated the requirements of Condition S11. of the Permit on

COMPLAINT - 16
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

November 15, 2024, and on each and every day since then, by failing to submit to Ecology engineering drawings (as-built drawings) for Well #1 and Well #2 at the Facility, with their respective screens, and by failing to submit to Ecology by September 1, 2025, a report that complies with the "cooling water intake structure data" reporting requirements in 40 C.F.R. § 122.21(r)(3). Defendants' violations of Condition S11. of the Permit are described in Section II.G. of the Notice Letter that is attached hereto as Exhibit 1.

48.    Condition S3.F. of the Permit requires Defendants to take numerous, specific actions if they violate or are unable to comply with any Permit condition. Specifically, Defendants must immediately take action to stop, contain, and cleanup unauthorized discharges or otherwise stop the noncompliance and correct the problem (*see* S3.F.1. of the Permit); if applicable, Defendants must immediately repeat sampling and analysis and submit the results to Ecology within 30 days of sampling (*see* S.3.F.2. of the Permit); Defendants must report Permit violations according to immediate reporting (*see* S3.F.2.a. of the Permit), twenty-four-hour reporting (*see* S3.F.2.b. of the Permit), five-day reporting (*see* S3.F.2.c. of the Permit), or other reporting requirements of the Permit (*see* S3.F.2.e. of the Permit), depending on the violation that triggered the reporting; and each reporting requirement (immediate, twenty-four-hour, five-day, and other) includes various other specific obligations related thereto.

49.    Defendants have violated Condition S3.F. of the Permit in many different ways. The specific requirements and some of Defendants' violations of Condition S3.F. of the Permit are described in Section II.H. of the Notice Letter that is attached hereto as Exhibit 1.

B.    Defendants' Permit Violations are Serious, Extensive, and Warrant Judicial Relief.

50.    The Court should impose a significant penalty on Defendants under the penalty factors set forth in Section 309(d) of the CWA, 33 U.S.C. § 1319(d). That statutory section states in part: "In determining the amount of a civil penalty the court shall consider the seriousness of

COMPLAINT - 17
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

the violation or violations, the economic benefit (if any) resulting from the violation, any history of such violations, any good-faith efforts to comply with the applicable requirements, the economic impact of the penalty on the violator, and such other matters as justice may require."

51.     Defendants' violations of the Permit warrant a significant penalty because they contribute to the polluted conditions of Quilcene Bay and Hood Canal. Defendants' violations of the Permit warrant a significant penalty because they contribute to adverse environmental impacts to aquatic habitats used by protected species. Defendants' violations of the Permit warrant a significant penalty because they strongly imply Defendants are unconcerned with complying with the Permit or the Clean Water Act.

52.     Defendants' violations of the Permit warrant a significant penalty because they are part of a longstanding and widespread pattern and practice of CWA noncompliance by Dulcich or companies that are part of the Pacific Seafood Group's family of companies. In 2007, Dulcich consented to entry of a federal decree against it after its co-defendants were found liable for 1,384 days of CWA violations at a facility in Oregon. *Or. State Pub. Interest Re-search Grp. v. Pac. Coast Seafoods Co.*, 374 F. Supp. 2d 902, 903–04 (D. Or. 2005). The Facility at issue in this case has been the subject of at least three CWA lawsuits, including this one, that together alleged near continuous violations of the CWA since 2010. There are currently three other lawsuits against companies that are part of the Pacific Seafood Group's family of companies for alleged violations of the CWA in Washington or Oregon. And over the last decade there have been other CWA or similar enforcement actions issued against companies that are part of the Pacific Seafood Group's family of companies. For example, in April 2026, the Oregon Department of Environmental Quality issued three notices of civil penalties—collectively totaling over three million dollars—to three companies that are part of the Pacific Seafood Group's family of companies related to wastewater discharges at three facilities in Oregon.

COMPLAINT - 18
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

53.     Ecology's July 2026 Agreed Order with Defendants does not impose any civil penalty for any of the Permit violations alleged herein. Ecology's July 2026 Agreed Order with Defendants does not justify a downward adjustment in any civil penalty for the Permit violations alleged herein. Defendants' entry into the July 2026 Agreed Order with Ecology was in part an attempt to evade civil penalties for the Permit violations alleged herein. If the Court finds that Defendants' entry into the July 2026 Agreed Order with Ecology was an attempt to evade civil penalties for the Permit violations alleged herein, that finding would justify increasing the civil penalty for the Permit violations alleged herein.

54.     Defendants could have avoided violating the Permit if Defendants had been more diligent in overseeing the Facility's operations and maintenance and Permit compliance.

55.     Defendants have benefited economically from their Permit violations and from their decisions not to timely implement improvements at the Facility to ensure compliance with the Permit.

## VI.     CLAIM FOR RELIEF.

56.     CFS incorporates by reference all of the preceding paragraphs.

57.     Defendants are violating the Permit as described herein and in the Notice Letter. Defendants' violations of the Permit constitute violations of an "effluent standard or limitation" as defined by Section 505(f) of the CWA, 33 U.S.C. § 1365(f).

58.     All Defendants' Permit and CWA violations are ongoing—they are continuing or are reasonably likely to recur. And any and all additional violations of the Permit that occur after the date of CFS's Notice Letter, but before a final decision in this action, are continuing violations subject to this Complaint.

## VII.     REQUEST FOR RELIEF.

For the foregoing reasons, CFS respectfully requests that this Court:

COMPLAINT - 19
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

A.      Declare that Defendants have violated and continue to be in violation of the Permit and the Clean Water Act, as alleged herein;

B.      Enjoin Defendants from operating the Facility in a manner that results in further violations of the Permit or the CWA;

C.      Order Defendants to provide CFS, for a period beginning on the date of the Court's Order and running for one year after Defendants achieve compliance with the CWA and all conditions of the Permit, with copies of all reports and other documents that Defendants submit to or receive from Ecology and/or EPA regarding the CWA or Defendants' coverage under the Permit, at the same time Defendants submit or receive those documents to or from Ecology and/or EPA;

D.      Order Defendants to take specific actions to remediate the environmental harm caused by their violations;

E.      Grant such other preliminary and permanent injunctive relief as CFS may from time to time request during the pendency of this case;

F.      Order Defendants to pay civil penalties as authorized by Sections 309(d) and 505(a) of the CWA, 33 U.S.C. §§ 1319(d) and 1365(a), and 40 C.F.R. § 19;

G.      Award CFS its costs of litigation, including reasonable attorney and expert witness fees, as authorized by Section 505(d) of the CWA, 33 U.S.C. § 1365(d), or as otherwise authorized by law; and

H.      Order such other relief as may be just and proper.

DATED this 4th day of August 2026.

KAMPMEIER & KNUTSEN, PLLC

By: s/Paul A. Kampmeier
     Paul A. Kampmeier, WSBA No. 31560
705 Second Avenue, Suite 901

COMPLAINT - 20
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

Seattle, Washington 98104
Telephone: (206) 858-6983
Email: paul@kampmeierknutsen.com

KAMPMEIER & KNUTSEN, PLLC

By: s/Emma A.O. Bruden
    Emma A.O. Bruden, WSBA No. 56280
1300 SE Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 719-5641
Email: emma@kampmeierknutsen.com

CENTER FOR FOOD SAFETY

By: s/George Kimbrell
    George Kimbrell, WSBA No. 36050
2009 NE Alberta Street, Suite 207
Portland, Oregon 97211
Telephone: (971) 271-7372
Email: gkimbrell@centerforfoodsafety.org

*Attorneys for Plaintiff Center for Food Safety*

COMPLAINT - 21
W.D. Washington Case No. 3:26-cv-5877

Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

# Exhibit 1

# KAMPMEIER & KNUTSEN PLLC

## ATTORNEYS AT LAW

PAUL A. KAMPMEIER
Licensed in Washington
206.858.6983
paul@kampmeierknutsen.com

May 15, 2026

*Via Certified Mail - Return Receipt Requested*

| | | |
|---|---|---|
| Managing Agent | Managing Agent | Managing Agent |
| Dulcich, Incorporated | Pacific Shellfish – Quilcene, LLC | Pacific Shellfish – Quilcene, LLC |
| 1601 Linger Longer Road | 1601 Linger Longer Road | 1601 Linger Longer Road |
| Quilcene, Washington 98376-0327 | Quilcene, Washington 98376-0327 | Quilcene, Washington 98376-9769 |

| | |
|---|---|
| Managing Agent | Managing Agent |
| Dulcich, Incorporated | Pacific Shellfish – Quilcene, LLC |
| 16797 SE 130th Avenue | 16797 SE 130th Avenue |
| Clackamas, Oregon 97015-8966 | Clackamas, Oregon 97015-8966 |

**Re:    Notice of Intent to File Suit under the Clean Water Act.**

Dear Managing Agents:

This letter provides Dulcich, Incorporated, Pacific Seafood Group, and Pacific Shellfish – Quilcene, LLC (hereinafter collectively referred to as "Pacific Seafood") with sixty days' notice of the Center for Food Safety's intent to file a citizen lawsuit against them under Section 505 of the Clean Water Act, 33 U.S.C. § 1365, for the Clean Water Act violations alleged in this notice letter. The Center for Food Safety (hereinafter "CFS") is a non-profit organization whose mission is to empower people, support farmers, and protect the Earth from the harmful impacts of industrial agriculture, including the impacts from industrial shellfish aquaculture. Kampmeier & Knutsen, PLLC and staff attorneys with CFS represent CFS in this matter, and any response to this notice of intent to sue should be directed to Paul Kampmeier at his address below.

Congress enacted the Clean Water Act to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. § 1251(a). In doing so, Congress declared a national goal of eliminating discharges of pollutants to navigable waters by 1985. To further that goal, the Clean Water Act prohibits discharges of pollutants to waters of the United States unless they are authorized by and in compliance with a National Pollutant Discharge Elimination System ("NPDES") permit. *Id.* § 1311(a).

The Clean Water Act ("CWA" or "Act") also authorizes citizens, including non-profit organizations like CFS, to file suit in federal court against any person who is alleged to be in violation of

Exhibit 1 to Complaint - 1

"a permit or condition of a permit issued under" the NPDES program. *Id*. § 1365 (f)(1), (7). U.S. District Courts have jurisdiction to enforce the CWA against those found liable; to impose civil penalties of up to $68,445 per violation per day; and to award plaintiffs their costs of litigation, including reasonable attorney and expert witness fees. *Id*. §§ 1365(a), (c)(1), (d), 1319(d); 40 C.F.R. § 19.4.

As explained in more detail below, Pacific Seafood has violated and continues to violate the terms and conditions of an NPDES permit authorizing discharges of pollutants from the Pacific Seafood facility located at or near 1601 Linger Longer Road, Quilcene, Washington 98376-0327 (hereinafter "the Facility"). Pacific Seafood is in ongoing violation of an "effluent standard or limitation" as that term is defined by the CWA. 33 U.S.C. § 1365(a), (f). At the conclusion of the sixty-day notice period commenced with this letter, CFS intends to sue Pacific Seafood for all CWA violations alleged herein, including those yet to be uncovered and those committed after the date of this notice of intent to sue.

## I.    FACILITY BACKGROUND.

The Facility is a shellfish larvae hatchery that discharges pollutants to Quilcene Bay, a marine water that is part of Hood Canal. Quilcene Bay is a popular area for recreation and an important ecosystem for aquatic life in Puget Sound. Indeed, the Washington State Department of Ecology ("Ecology") has classified the aquatic life uses of Quilcene Bay and Hood Canal as "extraordinary," which requires Ecology to apply the most stringent water quality standards for marine waters. *See* WAC 173-201A-612 (designation); WAC 173-201A-210 (designated uses and criteria). Further, the National Marine Fisheries Service has designated portions of Quilcene Bay as critical habitat for several aquatic species listed under the Endangered Species Act, including Puget Sound Chinook, Hood Canal summer-run chum, yelloweye rockfish (*Sebastes ruberrimus*), and bocaccio (*S. paucispinis*). And the U.S. Fish & Wildlife Service has designated Quilcene Bay as critical habitat for threatened bull trout.

The Facility operates all year long, twenty-four hours per day, seven days a week. It grows algae and oyster, clam, and mussel larvae and creates a product called "shellfish seed," which Pacific Seafood then distributes or sells to other companies to produce shellfish in Washington's coastal waters and marine tidelands, either directly on the substrate or from rafts until the shellfish reach harvestable size for commercial sale. The Facility produces significant amounts of shellfish seed for large-scale industrial shellfish production in Washington and elsewhere. Facility infrastructure draws water from Quilcene Bay—often more than a million gallons per day—which the Facility then uses in its algae, larvae, and setting departments before discharging back into the Bay. The Facility often heats up the water used at the Facility to promote algae and larvae growth.

The Facility discharges via two outfalls: Outfall 001 (Quilcene Bay North) and Outfall 002 (Quilcene Bay South). The Facility's wastewater includes water from tank cleaning, tank drainage, media filter backwash, process water, and other activities. The Facility does not treat its effluent except to neutralize chlorine bleach used in tank cleaning. Notably, when Ecology issued the NPDES permit for the Facility, in 2024, it established the maximum daily effluent limit for temperature at 23°C and imposed other permit conditions so that discharges of heat from the Facility would not exceed the daily acute mortality criterion for aquatic life or create fish migration barriers in receiving waters.

To limit and control discharges of pollutants from the Facility, Ecology issued Dulcich, Incorporated, and Pacific Shellfish – Quilcene, LLC, NPDES permit number WA0041114, with an

Exhibit 1 to Complaint - 2

effective date of September 1, 2024 (hereinafter the "Permit"). The Permit imposes numeric effluent limits for temperature and other pollutants; requires extensive monitoring, reporting, and compliance with numerous Facility-specific plans to control pollution from the site; and requires Pacific Seafood to stop, correct, and report noncompliance with the Permit to limit violations, pollution from the Facility, and adverse impacts to aquatic life and aquatic ecosystems. Condition G17 of the Permit is clear:

> The Permittee must comply with all conditions of this permit. Any permit noncompliance constitutes a violation of the Clean Water Act and is ground for enforcement action, for permit termination, revocation and reissuance, or modification; or denial of a permit renewal.

*See also* Condition S1. of the Permit ("All discharges and activities authorized by this permit must be consistent with the terms and conditions of this permit."). Notwithstanding those prohibitions, Pacific Seafood appears to have violated the Permit for the Facility each and every day since Ecology issued it.

## II.     ALLEGED PERMIT AND CWA VIOLATIONS BY PACIFIC SEAFOOD.

### A.     Alleged Violations of the Permit's Maximum Daily Effluent Limit for Temperature.

Condition S1.A. of the Permit establishes a maximum daily effluent limit for temperature of 23.0°C. Pacific Seafoods has repeatedly violated that Permit condition by discharging process wastewater and heat from Outfalls 001 and 002 at the Facility in excess of that numeric effluent limit. Pacific Seafood's violations of the maximum daily effluent limit for temperature in Condition S1.A. of the Permit are identified in, and occurred on the dates listed in, the table that is attached hereto as Appendix A.

### B.     Alleged Violations of the Permit's Monitoring Requirements.

Condition S2.A. of the Permit requires Pacific Seafood to monitor process water discharges to Quilcene Bay from Outfalls 001 and 002 in accordance with the following schedules:

| Parameter | Units | Minimum Sampling Frequency | Sample Type | Data Reporting [a] |
|---|---|---|---|---|
| Flow | gpd | Continuous [b] | Metered / Recorded | Daily average, monthly average, minimum, & maximum |
| Temperature [c] | °C | Continuous | Metered / Recorded | Daily maximum, monthly average, minimum, & maximum |
| pH [d] | standard units | Continuous | Metered / Recorded | Daily minimum & daily maximum |
| Turbidity | NTU | Monthly | Grab [e] | Measurement Result |

- 3 -

Exhibit 1 to Complaint - 3

| Salinity | ‰ (per mille) | Monthly | Grab | Measurement Result |
|---|---|---|---|---|

| Parameter | Units | Minimum Sampling Frequency | Sample Type | Data Reporting [a] |
|---|---|---|---|---|
| Total Residual Chlorine [f] | µg/L | Monthly: Compliance monitoring commences December 1, 2024, in accordance with compliance schedule. | Grab | Measurement Results |
| Ammonia, Total (as N) | µg/L | Quarterly [g] | 8hr composite [h] | Measurement Result |
| Biochemical Oxygen Demand (BOD$_5$) | mg/L | Quarterly | 8hr composite | Measurement Result |
| Total Suspended Solids (TSS) | mg/L | Quarterly | 8hr composite | Measurement Result |
| Total Organic Carbon (TOC) | mg/L | Quarterly | 8hr composite | Measurement Result |

| Monitoring Schedule Footnotes/Definitions ||
|---|---|
| a | Submittals of the DMRs containing the permit required monitoring data are to be done quarterly (i.e., quarterly reporting) within 30 days of the end of the monitoring period (Submittal due dates are April 30, July 30, October 30, and January 30). See S3 for details. |
| b | Continuous means uninterrupted except for brief lengths of time for calibration, power failure, or unanticipated equipment repair or maintenance. The time interval to record data for the associated data logger must be no greater than 30 minutes. |
| c | When measuring temperature continuously, report a daily maximum from half-hour measurements over a 24-hour period. Continuous monitoring instruments must achieve an accuracy of 0.2 degrees C and the Permittee must verify accuracy annually. If using grab sampling, conduct temperature monitoring when the effluent is at or near its daily maximum temperature, which usually occurs in the late afternoon. |
| d | The Permittee must report the instantaneous maximum and minimum pH monthly. Do not average pH values. |
| e | Grab means an individual sample collected over 15 minutes or less; represents instantaneous conditions. |

Pacific Seafood has repeatedly violated the monitoring requirements in Condition S2.A. of the Permit by failing to monitor Facility discharges in accordance with the schedules set forth in that Permit condition. Pacific Seafood's violations of the discharge monitoring requirements in Condition S2.A. of

- 4 -

Exhibit 1 to Complaint - 4

the Permit are identified in, and occurred on the dates and during the monitoring periods listed in, the table that is attached hereto as Appendix B.

C.     Alleged Violations of the Permit's Requirement to Properly Operate and Maintain All Facilities and Systems of Treatment and Control.

Condition S4. of the Permit requires Pacific Seafood to at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) that are installed to achieve compliance with the terms and conditions of the Permit. Proper operation and maintenance includes keeping a daily operation logbook (paper or electronic), adequate laboratory controls, and appropriate quality assurance procedures. In addition, Condition S4. of the Permit requires Pacific Seafood to operate backup or auxiliary facilities or similar systems if necessary to achieve compliance with the Permit. Pacific has violated these requirements each and every day since September 1, 2024.

For example, Pacific Seafoods has repeatedly violated Condition S4. of the Permit by failing to properly operate and maintain all facilities and systems of treatment and control at the Facility to ensure compliance with the Permit's maximum daily effluent limit for temperature in Condition S1.A. of the Permit. These violations occurred on September 1, 2024, and on each and every day since then, including on the dates listed in the table that is attached hereto as Appendix A.

In addition, Pacific Seafoods has repeatedly violated Condition S4. of the Permit by failing to properly operate and maintain all facilities and systems of treatment and control at the Facility to ensure compliance with with the discharge monitoring requirements set forth in Condition S2.A. of the Permit. These violations occurred on September 1, 2024, and on each and every day since then, including on the dates and during the monitoring periods listed in the table that is attached hereto as Appendix B.

In addition, Pacific Seafoods has repeatedly violated Condition S4. of the Permit by failing to operate backup or auxiliary facilities or similar systems when necessary to achieve compliance with the Permit's maximum daily effluent limit for temperature in Condition S1.A. of the Permit. These violations occurred on September 1, 2024, and on each and every day since then, including on the dates listed in the table that is attached hereto as Appendix A.

In addition, Pacific Seafoods has repeatedly violated Condition S4. of the Permit by failing to operate backup or auxiliary facilities or similar systems when necessary to achieve compliance with the discharge monitoring requirements set forth in Condition S2.A. of the Permit. These violations occurred on September 1, 2024, and on each and every day since then, including on the dates and during the monitoring periods listed in the table that is attached hereto as Appendix B.

In addition, Pacific Seafoods has repeatedly violated Condition S4. of the Permit by failing to implement appropriate quality assurance procedures to avoid or eliminate each and every instance of Permit noncompliance that is alleged and described in Section II of this notice of intent to sue. These violations occurred on September 1, 2024, and on each and every day since then, including on the dates and during the monitoring periods listed in the tables that are attached hereto as Appendix A and Appendix B. Pacific Seafoods' failure to implement appropriate quality assurance procedures specifically includes every instance of mechanical or equipment failure at the Facility, including failures that occurred on September 3, 2024; September 11, 2024; September 23, 2024 through October 1, 2024;

- 5 -

Exhibit 1 to Complaint - 5

November 5-6, 2024; May 10, 2025 through September 24, 2025; and March 1, 2026 through April 9, 2026.

D.     Alleged Violations of the Duty to Mitigate.

Condition G11. of the Permit incorporates into the Permit all other requirements of 40 C.F.R. Part 122.41 and 40 C.F.R. Part 122.42. One such provision—40 C.F.R. § 122.41(d), which is entitled "Duty to Mitigate"—requires Pacific Seafood to take all reasonable steps to minimize or prevent any discharge or sludge use or disposal in violation of the Permit that has a reasonable likelihood of adversely affecting human health or the environment. Pacific Seafood violated Condition G11. of the Permit and 40 C.F.R. § 122.41(d) on September 1, 2024, and on each and every day since then, including on the dates set forth in the table that is attached hereto as Appendix A, by failing to to take all reasonable steps to minimize or prevent discharges of heat in violation of Condition S1.A. of the Permit. Pacific Seafood must take all reasonable steps to minimize or eliminate such discharges because discharges that exceed the Permit's numeric effluent limit for temperatrure are reasonably likely to adversely affect aquatic species, aquatic habitats, and the environment.

E.     Pacific Seafood's Failure to Prepare and Implement a Sufficient Best Management Practices Plan.

Condition S5.A.1. of the Permit requires Pacific Seafood to submit to Ecology a Best Management Practices Plan ("BMP Plan") for source pollution control and practices that may produce an unauthorized discharge. Condition S5.B. of the Permit requires Pacific Seafood's BMP Plan to include "operating procedures and practices, schedules of activities, prohibitions of practices to control plant site runoff, spillage or leaks, sludge or waste disposal, drainage from raw material storage, maintenance procedures, and other physical, structural and/or managerial practices to prevent or reduce the pollution of waters of the state." Pacific Seafood violated Conditions S5.A.1. and S5.B. of the Permit on March 1, 2025, and on each and every day since then, by failing to include in the BMP Plan it submitted to Ecology required BMP Plan components to prevent all the Permit violations alleged in Section II of this Notice Letter, including the failure to limit discharges of heat from Outfalls 001 and 002 that violate the numeric effluent limit for temperature in Condition S1.A. of the Permit.

F.     Alleged Violations of Compliance Schedule Reporting Requirements.

Condition S8. of the Permit imposes compliance schedules on Pacific Seafood. Condition G21. of the Permit then requires Pacific Seafood to submit to Ecology, no later than fourteen (14) days following each compliance schedule due date, reports that document Pacific Seafood's compliance with, noncompliance with, or progress toward meeting the interim and final deadlines and requirements in the compliance schedules. Pacific Seafood has violated Condition G21. of the Permit by failing to submit the required reports by the deadlines set forth Conditions S8. and G21. of the Permit. These violations occurred on November 15, 2024, and on each and every day since then.

G.     Pacific Seafood's Failure to Prepare a Sufficient Water Intake and Screen Report.

Condition S11. of the Permit requires Pacific Seafood to inspect all bay water intake structures, determine the presence of and report screen size on those structures; install screens if they are not

- 6 -

Exhibit 1 to Complaint - 6

present; submit to Ecology engineering drawings (as-built drawings) for all intakes with their respective screens; and submit to Ecology by September 1, 2025, a report that follows the "cooling water intake structure data" reporting requirements in 40 C.F.R. § 122.21(r)(3). Those requirements include:

(i) A narrative description of the configuration of each of your cooling water intake structures and where it is located in the water body and in the water column;

(ii) Latitude and longitude in degrees, minutes, and seconds for each of your cooling water intake structures;

(iii) A narrative description of the operation of each of your cooling water intake structures, including design intake flows, daily hours of operation, number of days of the year in operation and seasonal changes, if applicable;

(iv) A flow distribution and water balance diagram that includes all sources of water to the facility, recirculating flows, and discharges; and

(v) Engineering drawings of the cooling water intake structure.

40 C.F.R. § 122.21(r)(3).

Pacific Seafood has violated Condition S11. of the Permit by failing to submit to Ecology engineering drawings (as-built drawings) for Well #1 and Well #2 at the Facility, with their respective screens, and by failing to submit to Ecology by September 1, 2025, a report that follows the "cooling water intake structure data" reporting requirements in 40 C.F.R. § 122.21(r)(3). Specifically, Pacific Seafood's *Water Source Intake Structures and Screen Report* dated August 2025, which Pacific Seafood submitted pursuant to Condition S11. of the Permit, fails to include a narrative description of Well #1 and Well #2 that meets all applicable legal requirements, and fails to include a flow distribution and water balance diagram that includes all sources of water to the facility, recirculating flows, and discharges, as required. Pacific Seafood's violations of Condition S11. of the Permit occurred on September 1, 2025, and on each and every day since then.

H.      Alleged Violations of the Permit's Noncompliance Reporting Requirements.

Condition S3.F. of the Permit requires Pacific Seafood to take numerous, specific actions when it violates or is unable to comply with any Permit condition. Under Condition S3.F. of the Permit, Pacific Seafood must:

1. Immediately take action to stop, contain, and cleanup unauthorized discharges or otherwise stop the noncompliance and correct the problem.
2. If applicable, immediately repeat sampling and analysis. Submit the results of any repeat sampling to Ecology within 30 days of sampling.
   a. Immediate Reporting. The Permittee must immediately report to Ecology and the Department of Health, Shellfish Program (at the numbers listed in the Permit), all:
      • Failures of the disinfection system.
      • Collection system overflows discharging to marine surface waters.
      • Plant bypasses or chemical spills discharging to marine surface waters.
   b. Twenty-Four-Hour Reporting. The Permittee must report the following occurrences of noncompliance by telephone, to Ecology at the telephone

- 7 -

Exhibit 1 to Complaint - 7

numbers listed above, within 24 hours from the time the Permittee becomes aware of any of the following circumstances:

   i.    Any noncompliance that may endanger health or the environment, unless previously reported under immediate reporting requirements.

   ii.   Any unanticipated bypass that causes an exceedance of any effluent limit in the permit (See Part S4.B., "Bypass Procedures").

   iii.  Any upset that causes an exceedance of an effluent limit in the permit (See G.15, "Upset").

   iv.   Any violation of a maximum daily or instantaneous maximum discharge limit for any of the pollutants in Section S1.A of this permit.

   v.    Any overflow prior to the treatment works, whether or not such overflow endangers health or the environment or exceeds any effluent limit in the permit. This requirement does not include industrial process wastewater overflows to impermeable surfaces that are collected and routed to the treatment works.

c. Report Within Five Days. The Permittee must also submit a written report within five days of the time that the Permittee becomes aware of any reportable event under subparts a or b, above. The report must contain:

   i.    A description of the noncompliance and its cause.

   ii.   The period of noncompliance, including exact dates and times.

   iii.  The estimated time the Permittee expects the noncompliance to continue if not yet corrected.

   iv.   Steps taken or planned to reduce, eliminate, and prevent recurrence of the noncompliance.

   v.    If the noncompliance involves an overflow prior to the treatment works, an estimate of the quantity (in gallons) of untreated overflow.

d. * * *.

e. All Other Permit Violation Reporting. The Permittee must report all permit violations, which do not require immediate or within 24 hours reporting, when it submits monitoring reports for S3.A ("Reporting"). The reports must contain the information listed in subpart c, above. Compliance with these requirements does not relieve the Permittee from responsibility to maintain continuous compliance with the terms and conditions of this permit or the resulting liability for failure to comply.

Pacific Seafood has violated Condition S3.F.1. of the Permit in multiple ways by failing to take immediate action to stop, contain, and cleanup unauthorized discharges or otherwise stop the Permit noncompliance and correct the problem. First, Pacific Seafood violated Condition S3.F.1. of the Permit on September 3, 2024, and on each and every day since, then by failing to take immediate action to stop, contain, and cleanup discharges from Outfalls 001 and 002 that exceed the maximum daily numeric effluent for temperature in Condition S1.A. of the Permit. Second, Pacific Seafood violated Condition S3.F.1. of the Permit on September 1, 2024, and on each and every day since then, by failing to take immediate action to stop and correct all the other Permit noncompliance that is described in this notice of intent to sue.

- 8 -

Exhibit 1 to Complaint - 8

In addition, Pacific Seafood has violated Condition S3.F.2.b. of the Permit by failing to report to Ecology by telephone all violations of the maximum daily effluent limit for temperature in Condition S1.A of the Permit within 24 hours of the time Pacific Seafood became aware of a violation. Pacific Seafood must report such violations to Ecology within 24 hours of becoming aware of a violation because violations of the maximum daily numeric effluent limit for temperature in Condition S1.A. of the Permit constitute "noncompliance that may endanger health or the environment" under Condition S3.F.2.b.i. of the Permit and because those Permit violations qualify for 24-hour reporting under Condition S3.F.2.b.iv. of the Permit. Pacific Seafood's violations of Condition S3.F.2.b. of the Permit occurred on September 4, 2024, and on each and every day *after* a day on which Pacific Seafood violated the maximum daily effluent limit for temperature, which days of violation are listed in Appendix A to this notice letter.

In addition, Pacific Seafood has violated Condition S3.F.2.c. of the Permit in multiple ways by failing to submit a complete written report to Ecology within five days of the time that Pacific Seafood became aware of any reportable event under Condition S3.F.2.b. of the Permit. First, Pacific Seafood violated Condition S3.F.2.c. of the Permit each and every time it violated the maximum daily numeric effluent limit for temperature in Condition S1.A. of the Permit but failed to submit a written report to Ecology within five days of that violation. These violations occurred:

- From September 8 through November 4, 2024, because Pacific Seafood did not submit a written noncompliance report to Ecology for the September 3 and September 11, 2024, temperature violations until November 4, 2024;
- From May 15 through June 30, 2025, because Pacific Seafood did not submit a written noncompliance report to Ecology for the May 2025 temperature violations until June 30, 2025;
- From June 6 through August 3, 2025, because Pacific Seafood did not submit a written noncompliance report to Ecology for the June 2025 temperature violations until August 3, 2025;
- From July 6 through August 25, 2025, because Pacific Seafood did not submit a written noncompliance report to Ecology for the July 2025 temperature violations until August 25, 2025;
- From August 6 through September 16, 2025, because Pacific Seafood did not submit a written noncompliance report to Ecology for the August 2025 temperature violations, or for the violations that occurred September 1-10, 2025, until September 16, 2025;
- From September 20 through November 3, 2025, because Pacific Seafood did not submit a written noncompliance report to Ecology for many of the September 2025 temperature violations until November 3, 2025;
- From October 6 through November 26, 2025, because Pacific Seafood did not submit a written noncompliance report to Ecology for the October 2025 temperature violations until November 26, 2025;
- From November 6 through December 23, 2025, because Pacific Seafood did not submit a written noncompliance report to Ecology for the November 2025 temperature violations until December 23, 2025;
- From February 19, 2026 through April 3, 2026, because Pacific Seafood did not submit a written noncompliance report to Ecology for the February 2025 temperature violations until April 3, 2026; and

- 9 -

Exhibit 1 to Complaint - 9

- From March 6, 2026 through April 11, 2026, because Pacific did not submit a written noncompliance report to Ecology for the March 2026 temperature and pH violations until April 11, 2026.

Second, Pacific Seafood violated Condition S3.F.2.c. of the Permit each and every time it submitted a noncompliance report without all the requisite information in Condition S3.F.2.c.i.–iv. of the Permit. For example, Pacific Seafood's April 3, 2026 noncompliance report does not identify the cause of noncompliance; does not estimate the time Pacific Seafood expects the noncompliance to continue; and does not identify steps taken or planned to reduce, eliminate, and prevent recurrence of the noncompliance. To provide another example, Pacific Seafood's December 23, 2025 noncompliance report does not identify the cause of noncompliance; does not estimate the time Pacific Seafood expects the noncompliance to continue; and does not identify steps taken or planned to reduce, eliminate, and prevent recurrence of the noncompliance. These violations occurred on November 4, 2024, and on each and every day that Pacific Seafood submitted a deficient noncompliance report to Ecology.

In addition, Pacific Seafood violated Condition S3.F.2.e. of the Permit by failing to report *all* permit violations (except those that require immediate or 24 hour reporting) when it submitted discharge monitoring reports to Ecology under Condition S3.A. of the Permit. Pacific Seafood violated Condition S3.F.2.e. of the Permit on October 29, 2024; November 26, 2024; December 27, 2024; January 30, 2025; February 28, 2025; April 11, 2025; April 29, 2025; May 30, 2025; June 30, 2025; July 30, 2025; August 27, 2025; September 30, 2025; October 30, 2025; November 26, 2025; December 23, 2025; January 27, 2026; February 26, 2026; March 30, 2026; April 30, 2026; and on each and every day since October 29, 2024, by failing to submit to Ecology, with Pacific Seafood's discharge monitoring reports, written reports that include all the requisite information listed in Condition S3.F.2.c.i–iv. of the Permit and that describe all the Permit noncompliance set forth in this notice of intent to sue that did not require immediate or 24 hour reporting under Condition S3.F. of the Permit.

All the Permit violations alleged in this letter constitute violations of an "effluent standard or limitation" as that term is defined in the Clean Water Act. All the Permit violations alleged in this letter are also ongoing and reasonably likely to recur unless and until they are abated by court order, in part because Pacific Seafood has no imminent plans to properly operate and maintain its Facility for Permit compliance or to take any other action to remedy the ongoing Permit violations alleged and described in this notice of intent to sue.

## III. PARTY GIVING NOTICE.

The full name, address, and telephone number of the party giving notice is:

Center for Food Safety
2009 NE Alberta Street, Suite 207
Portland, Oregon 97211
Telephone: (971) 271-7372

Exhibit 1 to Complaint - 10

## IV.    ATTORNEYS REPRESENTING THE CENTER FOR FOOD SAFETY.

The attorneys representing the Center for Food Safety in this matter are:

Paul Kampmeier
Kampmeier & Knutsen PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
Telephone: (206) 858-6983
Email: paul@kampmeierknutsen.com

Brian Knutsen & Emma Bruden
Kampmeier & Knutsen, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 841-6515 (Knutsen)
Telephone: (503) 719-5641 (Bruden)
Email: brian@kampmeierknutsen.com
Email: emma@kampmeierknutsen.com

Kristina Sinclair
Center for Food Safety
455 Market Street, Suite 1940
San Francisco, California 94105
Telephone: (415) 826-2770
Email: ksinclair@centerforfoodsafety.org

## V.    CONCLUSION.

The violations described and alleged in this notice of intent to sue are ongoing and violate the Clean Water Act. At the conclusion of the 60-day notice period commenced with this letter, CFS intends to file a lawsuit against Pacific Seafoods under the citizen suit provisions of the CWA, 33 U.S.C. § 1365. Each of the violations set forth herein subjects Pacific Seafood to a penalty of up to $68,445 per violation per day. 40 C.F.R. § 19.4. In addition to civil penalties, CFS will seek declaratory and injunctive relief to prevent further violations and such other relief as is permitted by law, including recovery of CFS's litigation expenses, costs, attorneys' fees, and expert witness fees. *See* 33 U.S.C. §§ 1365(a), (d).

The above-described violations reflect the information currently available to CFS. CFS intends to sue for all violations, including those yet to be uncovered, those committed after the date of this notice of intent to sue, and those occurring at any other properties that are owned or operated by Pacific Seafood and adjacent to or operated in conjunction with the Facility. During the 60-day notice period, CFS will be willing to discuss settlement and effective remedies for the violations alleged in this notice letter. If you wish to pursue such discussions in the absence of litigation, we suggest that you contact us within 10 days of receiving this notice so the parties can meet to discuss effective remedies for the violations alleged herein before costs of suit become prohibitive. CFS does not intend to delay the filing of a complaint if discussions are ongoing when the notice period ends.

Thank you for your prompt attention to this matter.

//

//

- 11 -

Exhibit 1 to Complaint - 11

Very truly yours,

Kampmeier & Knutsen, PLLC

By: s/ Paul A. Kampmeier
    Paul A. Kampmeier

Kampmeier & Knutsen, PLLC

By: Emma Bruden
    Emma A. O. Bruden

*Attorneys for Center for Food Safety*

cc:    Registered Agent for Dulcich, Incorporated: Cogency Global, Incorporated, 1780 Barnes Blvd. SW, Tumwater, Washington 98512-0410

        Registered Agent for Pacific Shellfish – Quilcene, LLC: Cogency Global, Incorporated, 1780 Barnes Blvd. SW, Tumwater, Washington 98512-0410

        Administrator Lee M. Zeldin, U.S. Environmental Protection Agency, 1200 Pennsylvania Avenue, N.W. (Mail Code 1101A), Washington, D.C. 20460

        Regional Administrator Emma Pokon, U.S. Environmental Protection Agency, Region 10, 1200 Sixth Avenue, Suite 155, Seattle, Washington 98101

        Director Casey Sixkiller, Washington State Department of Ecology, P.O. Box 47600, Olympia, Washington 98504-7600

- 12 -

Exhibit 1 to Complaint - 12

# Appendix A

Exhibit 1 to Complaint - 13

| Violations of the Permit's Numeric Effluent Limits Reported on Pacific's DMRs | | | | | |
|---|---|---|---|---|---|
| Date of Violation | Outfall | Pollutant Parameter | Unit | Limit | Result |
| September 3, 2024 | 001 | Temperature | ° Celsius | 23.0 | 148.56 |
| September 11, 2024 | 002 | Temperature | ° Celsius | 23.0 | 23.12 |
| May 10, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.20 |
| May 11, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.65 |
| May 13, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.04 |
| May 14, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.63 |
| May 15, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.49 |
| May 23, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.59 |
| May 24, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.73 |
| May 25, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.07 |
| May 26, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.51 |
| May 27, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.79 |
| May 28, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.74 |
| May 29, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.52 |
| May 30, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.58 |
| May 30, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.29 |
| May 31, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.50 |
| May 31, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.66 |
| June 1, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.20 |
| June 1, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.89 |
| June 2, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.86 |
| June 2, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.22 |
| June 3, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.89 |
| June 3, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.64 |
| June 4, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.44 |
| June 5, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.44 |
| June 5, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.59 |
| June 6, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.28 |
| June 6, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.10 |
| June 7, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.12 |
| June 7, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.79 |
| June 8, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.35 |
| June 8, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.55 |
| June 9, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.77 |
| June 9, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.21 |
| June 10, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.37 |
| June 10, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.57 |

Appendix A to Notice Letter - 1

Exhibit 1 to Complaint - 14

| June 11, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.24 |
| June 11, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.71 |
| June 12, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.95 |
| June 12, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.94 |
| June 13, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.58 |
| June 13, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.58 |
| June 14, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.70 |
| June 14, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.60 |
| June 15, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.20 |
| June 15, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.45 |
| June 16, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.94 |
| June 16, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.60 |
| June 17, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.60 |
| June 17, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.82 |
| June 18, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.27 |
| June 18, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.02 |
| June 19, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.70 |
| June 19, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.70 |
| June 20, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.69 |
| June 21, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.62 |
| June 21, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.51 |
| June 22, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.90 |
| June 22, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.78 |
| June 23, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.65 |
| June 23, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.62 |
| June 24, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.34 |
| June 25, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.40 |
| June 26, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.81 |
| June 27, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.02 |
| June 27, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.71 |
| June 28, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.13 |
| June 29, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.11 |
| June 29, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.36 |
| June 30, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.53 |
| July 1, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.23 |
| July 2, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.67 |
| July 2, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.79 |
| July 3, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.09 |
| July 3, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.98 |
| July 4, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.21 |
| July 4, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.15 |

Appendix A to Notice Letter - 2

Exhibit 1 to Complaint - 15

| July 5, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.30 |
|---|---|---|---|---|---|
| July 6, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.34 |
| July 6, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.70 |
| July 7, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.41 |
| July 7, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.25 |
| July 8, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.72 |
| July 9, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.67 |
| July 9, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.55 |
| July 10, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.81 |
| July 11, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.53 |
| July 12, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.82 |
| July 12, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.16 |
| July 13, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.31 |
| July 13, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.52 |
| July 14, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.16 |
| July 15, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.08 |
| July 15, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.60 |
| July 16, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.63 |
| July 17, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.89 |
| July 17, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.65 |
| July 18, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.05 |
| July 18, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.66 |
| July 19, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.21 |
| July 20, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.43 |
| July 20, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.74 |
| July 21, 2025 | 002 | Temperature | ° Celsius | 23.0 | 28.30 |
| July 22, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.38 |
| July 22, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.80 |
| July 23, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.08 |
| July 23, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.98 |
| July 24, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.07 |
| July 24, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.77 |
| July 25, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.74 |
| July 26, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.67 |
| July 27, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.74 |
| July 27, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.22 |
| July 28, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.58 |
| July 29, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.17 |
| July 30, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.51 |
| July 30, 2025 | 002 | Temperature | ° Celsius | 23.0 | 27.07 |
| July 31, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.15 |

Appendix A to Notice Letter - 3

Exhibit 1 to Complaint - 16

| July 31, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.61 |
|---|---|---|---|---|---|
| August 1, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.30 |
| August 1, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.70 |
| August 2, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.55 |
| August 2, 2025 | 002 | Temperature | ° Celsius | 23.0 | 27.00 |
| August 3, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.58 |
| August 3, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.50 |
| August 4, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.73 |
| August 4, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.60 |
| August 5, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.25 |
| August 5, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.10 |
| August 6, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.40 |
| August 6, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.60 |
| August 7, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.12 |
| August 7, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.00 |
| August 8, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.25 |
| August 8, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.20 |
| August 9, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.30 |
| August 9, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.60 |
| August 10, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.36 |
| August 10, 2025 | 002 | Temperature | ° Celsius | 23.0 | 28.50 |
| August 11, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.13 |
| August 11, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.60 |
| August 12, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.30 |
| August 13, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.00 |
| August 14, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.87 |
| August 14, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.50 |
| August 15, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.40 |
| August 16, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.04 |
| August 16, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.90 |
| August 17, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.80 |
| August 17, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.80 |
| August 18, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.49 |
| August 18, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.90 |
| August 19, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.17 |
| August 19, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.80 |
| August 20, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.44 |
| August 20, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.50 |
| August 21, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.72 |
| August 21, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.00 |
| August 22, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.50 |

Appendix A to Notice Letter - 4

Exhibit 1 to Complaint - 17

| August 22, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.10 |
| August 23, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.70 |
| August 23, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.80 |
| August 24, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.40 |
| August 24, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.50 |
| August 25, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.34 |
| August 25, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.80 |
| August 26, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.79 |
| August 26, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.10 |
| August 27, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.72 |
| August 27, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.50 |
| August 28, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.05 |
| August 28, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.30 |
| August 29, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.06 |
| August 29, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.80 |
| August 30, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.49 |
| August 30, 2025 | 002 | Temperature | ° Celsius | 23.0 | 27.00 |
| August 31, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.84 |
| August 31, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.50 |
| September 1, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.86 |
| September 1, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.54 |
| September 2, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.09 |
| September 2, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.22 |
| September 3, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.33 |
| September 3, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.39 |
| September 4, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.78 |
| September 4, 2025 | 002 | Temperature | ° Celsius | 23.0 | 28.02 |
| September 5, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.02 |
| September 5, 2025 | 002 | Temperature | ° Celsius | 23.0 | 27.30 |
| September 6, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.31 |
| September 7, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.15 |
| September 7, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.40 |
| September 8, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.18 |
| September 8, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.63 |
| September 9, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.20 |
| September 9, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.53 |
| September 10, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.12 |
| September 10, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.29 |
| September 11, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.35 |
| September 11, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.48 |
| September 12, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.27 |

Appendix A to Notice Letter - 5

Exhibit 1 to Complaint - 18

| September 12, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.70 |
| September 13, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.47 |
| September 13, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.48 |
| September 14, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.22 |
| September 14, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.02 |
| September 15, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.24 |
| September 15, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.22 |
| September 16, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.75 |
| September 16, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.37 |
| September 17, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.12 |
| September 17, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.46 |
| September 18, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.37 |
| September 18, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.47 |
| September 19, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.88 |
| September 19, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.99 |
| September 20, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.37 |
| September 20, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.45 |
| September 21, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.47 |
| September 21, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.97 |
| September 22, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.78 |
| September 22, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.86 |
| September 23, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.71 |
| September 23, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.23 |
| September 24, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.37 |
| September 24, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.55 |
| September 25, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.24 |
| September 25, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.61 |
| September 26, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.08 |
| September 27, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.11 |
| September 27, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.46 |
| September 28, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.23 |
| September 29, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.54 |
| September 29, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.35 |
| September 30, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.47 |
| September 30, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.11 |
| October 1, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.65 |
| October 1, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.82 |
| October 2, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.26 |
| October 2, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.43 |
| October 3, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.88 |
| October 3, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.07 |

Appendix A to Notice Letter - 6

Exhibit 1 to Complaint - 19

| Date | ID | Measurement | Unit | | |
|---|---|---|---|---|---|
| October 4, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.71 |
| October 4, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.38 |
| October 5, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.79 |
| October 6, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.96 |
| October 7, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.40 |
| October 7, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.37 |
| October 8, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.58 |
| October 8, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.60 |
| October 9, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.03 |
| October 10, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.45 |
| October 11, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.05 |
| October 11, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.19 |
| October 12, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.28 |
| October 12, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.32 |
| October 13, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.65 |
| October 13, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.49 |
| October 14, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.92 |
| October 14, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.61 |
| October 15, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.78 |
| October 15, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.72 |
| October 16, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.73 |
| October 16, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.14 |
| October 17, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.49 |
| October 18, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.43 |
| October 19, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.01 |
| October 20, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.51 |
| October 21, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.90 |
| October 21, 2025 | 002 | Temperature | ° Celsius | 23.0 | 23.36 |
| October 22, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.34 |
| October 22, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.10 |
| October 23, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.28 |
| October 23, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.43 |
| October 24, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.25 |
| October 24, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.37 |
| October 25, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.31 |
| October 25, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.84 |
| October 26, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.16 |
| October 26, 2025 | 002 | Temperature | ° Celsius | 23.0 | 27.19 |
| October 27, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.80 |
| October 28, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.08 |
| October 29, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.57 |

Appendix A to Notice Letter - 7

Exhibit 1 to Complaint - 20

| October 29, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.81 |
|---|---|---|---|---|---|
| October 30, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.52 |
| October 30, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.16 |
| October 31, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.81 |
| October 31, 2025 | 002 | Temperature | ° Celsius | 23.0 | 27.07 |
| November 1, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.29 |
| November 1, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.21 |
| November 2, 2025 | 001 | Temperature | ° Celsius | 23.0 | 26.01 |
| November 2, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.78 |
| November 3, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.14 |
| November 4, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.85 |
| November 5, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.88 |
| November 5, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.76 |
| November 6, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.64 |
| November 6, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.53 |
| November 7, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.47 |
| November 7, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.34 |
| November 8, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.31 |
| November 8, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.20 |
| November 9, 2025 | 001 | Temperature | ° Celsius | 23.0 | 25.53 |
| November 9, 2025 | 002 | Temperature | ° Celsius | 23.0 | 26.07 |
| November 10, 2025 | 002 | Temperature | ° Celsius | 23.0 | 25.49 |
| November 11, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.35 |
| November 12, 2025 | 001 | Temperature | ° Celsius | 23.0 | 24.88 |
| November 12, 2025 | 002 | Temperature | ° Celsius | 23.0 | 24.57 |
| November 13, 2025 | 001 | Temperature | ° Celsius | 23.0 | 23.92 |
| February 14, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.20 |
| February 18, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.06 |
| February 19, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.40 |
| February 20, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.76 |
| February 21, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.56 |
| February 23, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.48 |
| February 24, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.55 |
| February 25, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.46 |
| February 26, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.97 |
| February 27, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.55 |
| February 28, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.19 |
| March 1, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.62 |
| March 2, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.51 |
| March 3, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.59 |
| March 4, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.73 |

Appendix A to Notice Letter - 8

Exhibit 1 to Complaint - 21

| March 5, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.74 |
| March 6, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.79 |
| March 7, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.31 |
| March 7, 2026 | 002 | Temperature | ° Celsius | 23.0 | 26.86 |
| March 8, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.78 |
| March 8, 2026 | 002 | Temperature | ° Celsius | 23.0 | 25.76 |
| March 9, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.56 |
| March 10, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.09 |
| March 11, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.64 |
| March 12, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.59 |
| March 13, 2026 | 001 | Temperature | ° Celsius | 23.0 | 27.48 |
| March 14, 2026 | 001 | Temperature | ° Celsius | 23.0 | 27.21 |
| March 15, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.35 |
| March 16, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.01 |
| March 17, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.88 |
| March 18, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.21 |
| March 19, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.94 |
| March 20, 2026 | 001 | Temperature | ° Celsius | 23.0 | 27.71 |
| March 20, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.27 |
| March 21, 2026 | 001 | Temperature | ° Celsius | 23.0 | 27.21 |
| March 22, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.40 |
| March 23, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.66 |
| March 24, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.95 |
| March 25, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.03 |
| March 26, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.70 |
| March 27, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.58 |
| March 28, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.61 |
| March 29, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.51 |
| March 30, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.33 |
| March 31, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.09 |

Appendix A to Notice Letter - 9

Exhibit 1 to Complaint - 22

# Appendix B

Exhibit 1 to Complaint - 23

| Violations of the Permit's Daily & Monthly Monitoring Requirements Based on Pacific's DMR Data and Noncompliance Notifications | | | | | |
|---|---|---|---|---|---|
| **DMR Month** | **Outfall** | **Pollutant Parameter** | **Minimum Sampling Frequency** | **Report Statistic** | **Dates of Monitoring Violations (for daily frequencies) or Periods of Monitoring Violations (for monthly frequencies)** |
| September 2024 | 001 | Flow | Continuous | Daily Average | September 23, 24, 25, 26, 27, 28, 29, 30, 2024 |
| | | Temperature | Continuous | Daily Maximum | September 23, 24, 25, 26, 27, 28, 29, 30, 2024 |
| | | pH | Continuous | Daily Maximum | September 23, 24, 25, 26, 27, 28, 29, 30, 2024 |
| | | pH | Continuous | Daily Minimum | September 23, 24, 25, 26, 27, 28, 29, 30, 2024 |
| October 2024 | 001 | Flow | Continuous | Daily Average | October 1, 2, 2024 |
| | | Temperature | Continuous | Daily Maximum | October 1, 2, 2024 |
| | | pH | Continuous | Daily Maximum | October 1, 2, 2024 |
| | | pH | Continuous | Daily Minimum | October 1, 2, 2024 |
| | | Turbidity | Monthly | Measurement Result | October 1, 2024-October 31, 2024 |
| | | Salinity | Monthly | Measurement Result | October 1, 2024-October 31, 2024 |
| | 002 | Flow | Continuous | Daily Average | October 1, 2024 |
| | | Temperature | Continuous | Daily Maximum | October 1, 2024 |
| | | pH | Continuous | Daily Maximum | October 1, 2024 |
| | | pH | Continuous | Daily Minimum | October 1, 2024 |
| | | Turbidity | Monthly | Measurement Result | October 1, 2024-October 31, 2024 |
| | | Salinity | Monthly | Measurement Result | October 1, 2024-October 31, 2024 |
| November 2024 | 001 | Flow | Continuous | Daily Average | November 5, November 6, 2024 |
| July 2025 | 001 | Flow | Continuous | Daily Average | July 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 2025 |
| August 2025 | 001 | Flow | Continuous | Daily Average | August 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 2025 |

Appendix B to Notice Letter - 1

Exhibit 1 to Complaint - 24

| September 2025 | 001 | Flow | Continuous | Daily Average | September 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 2025 |
|---|---|---|---|---|---|
| March 2026 | 001 | pH | Continuous | Daily Maximum | March 21, 23, 2026 |

# Exhibit 2

| Violations of the Permit's Numeric Effluent Limits Reported on Pacific's DMRs | | | | | |
|---|---|---|---|---|---|
| Date of Violation | Outfall | Pollutant Parameter | Unit | Limit | Result |
| April 1, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.98 |
| April 2, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.59 |
| April 3, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.54 |
| April 4, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.45 |
| April 5, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.41 |
| April 6, 2026 | 001 | Temperature | ° Celsius | 23.0 | 27.05 |
| April 7, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.91 |
| April 8, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.35 |
| April 9, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.48 |
| April 10, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.96 |
| April 11, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.30 |
| April 12, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.40 |
| April 13, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.19 |
| April 14, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.85 |
| April 15, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.76 |
| April 16, 2026 | 001 | Temperature | ° Celsius | 23.0 | 25.81 |
| April 19, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.23 |
| April 20, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.06 |
| April 20, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.25 |
| April 24, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.28 |
| April 25, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.11 |
| April 27, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.18 |
| April 28, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.29 |
| April 29, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.21 |
| April 29, 2026 | 002 | Temperature | ° Celsius | 23.0 | 25.00 |
| April 30, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.78 |
| May 2, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.34 |
| May 3, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.22 |
| May 4, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.92 |
| May 5, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.31 |
| May 6, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.42 |
| May 6, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.84 |
| May 8, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.02 |
| May 10, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.73 |

Exhibit 2 to Complaint - 1

| May 11, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.25 |
| May 12, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.25 |
| May 13, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.13 |
| May 14, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.02 |
| May 15, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.48 |
| May 16, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.36 |
| May 18, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.50 |
| May 20, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.06 |
| May 21, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.51 |
| May 21, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.41 |
| May 22, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.71 |
| May 22, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.29 |
| May 23, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.47 |
| May 23, 2026 | 002 | Temperature | ° Celsius | 23.0 | 24.06 |
| May 24, 2026 | 001 | Temperature | ° Celsius | 23.0 | 26.24 |
| May 24, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.09 |
| May 25, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.43 |
| May 25, 2026 | 002 | Temperature | ° Celsius | 23.0 | 24.17 |
| May 26, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.91 |
| May 27, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.74 |
| May 28, 2026 | 002 | Temperature | ° Celsius | 23.0 | 24.01 |
| May 29, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.73 |
| May 29, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.71 |
| May 30, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.32 |
| May 30, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.07 |
| June 1, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.04 |
| June 2, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.24 |
| June 2, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.79 |
| June 3, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.12 |
| June 5, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.16 |
| June 5, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.69 |
| June 11, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.19 |
| June 12, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.27 |
| June 12, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.38 |
| June 13, 2026 | 002 | Temperature | ° Celsius | 23.0 | 24.08 |
| June 14, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.55 |
| June 14, 2026 | 002 | Temperature | ° Celsius | 23.0 | 24.56 |
| June 15, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.17 |

Exhibit 2 to Complaint - 2

| June 17, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.52 |
|---|---|---|---|---|---|
| June 18, 2026 | 001 | Temperature | ° Celsius | 23.0 | 24.70 |
| June 19, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.40 |
| June 19, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.36 |
| June 20, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.34 |
| June 20, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.88 |
| June 21, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.73 |
| June 22, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.57 |
| June 22, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.76 |
| June 23, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.73 |
| June 23, 2026 | 002 | Temperature | ° Celsius | 23.0 | 24.26 |
| June 24, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.56 |
| June 24, 2026 | 002 | Temperature | ° Celsius | 23.0 | 24.49 |
| June 25, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.20 |
| June 25, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.38 |
| June 26, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.51 |
| June 26, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.09 |
| June 27, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.76 |
| June 27, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.86 |
| June 28, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.31 |
| June 28, 2026 | 002 | Temperature | ° Celsius | 23.0 | 24.01 |
| June 29, 2026 | 001 | Temperature | ° Celsius | 23.0 | 23.30 |
| June 29, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.11 |
| June 30, 2026 | 002 | Temperature | ° Celsius | 23.0 | 23.84 |

Exhibit 2 to Complaint - 3

# Exhibit 3

| DMR Month | Outfall | Pollutant Parameter | Minimum Sampling Frequency | Report Statistic | Dates of Monitoring Violations (for daily frequencies) or Periods of Monitoring Violations (for monthly frequencies) |
|---|---|---|---|---|---|
| May 2026 | 001N | Flow | Continuous | Daily Average | May 24, 25, 26, 27, 28, 29, 30, 31, 2026 |
| June 2026 | 001 N | Flow | Continuous | Daily Average | June 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 2026 |

**Violations of the Permit's Daily & Monthly Monitoring Requirements Based on Pacific's DMR Data and Noncompliance Notifications**

Exhibit 3 to Complaint - 1